UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DYLAN CAMPBELL

VERSUS

HELMERICH & PAYNE, INC., ET AL.

CIVIL ACTION

23-2-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr., dated February 10, 2026, to which an *Objection*[3] and Response to Objection[4] was filed.  The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's Motion to Remand[5] is granted, and this action is remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana pursuant to 28 U.S.C. §1447(e) for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on this 19 day of March, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 160.
[2] Rec. Doc. 199.
[3] Rec. Doc. 200.
[4] Rec. Doc. 201
[5] Rec. Doc. 160.